Graham S.P. Hollis (SBN 120577)
*ghollis@grahamhollis.com*
Vilmarie Cordero (SBN 268860)
*vcordero@grahamhollis.com*
**GRAHAMHOLLIS APC**
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: (619) 692-0800
Facsimile: (619) 692-0822

**Attorneys for Plaintiff
MIQUISHA STRAUGHTER**
*[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]*

NATHAN W. AUSTIN (SBN 219672)
austinn@jacksonlewis.com
**JACKSON LEWIS P.C.**
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

**Attorneys for Defendant
MACY'S WEST STORES, INC.**
*[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MIQUISHA STRAUGHTER, individually and on behalf of all other similarly situated current and former non-exempt employees of Defendants in California,<br><br>Plaintiff,<br>v.<br><br>MACY'S WEST STORES, INC., and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 17-CV-01143 NC<br><br>**JOINT STIPULATION OF DISMISSAL OF THIS ACTION WITHOUT PREJUDICE, AND ORDER**<br><br>Ctrm: 7<br>Judge: Hon. Nathanael Cousins |

1 David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
2 Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
3 **THE MARKHAM LAW FIRM**
4 750 B Street, Suite 1950
San Diego, California 92101
5 Telephone: (619) 399-3995
6 Facsimile: (619) 615-2067

7 Walter Haines (SBN 71075)
*walter@uelglaw.com*
8 **UNITED EMPLOYEES LAW GROUP, PC**
9 5500 Bolsa Avenue, Suite 201
Huntington Beach, California 92649
10 Telephone: (562) 256-1047
11 Facsimile: (562) 256-1006

12 **Attorneys for Plaintiff**
13 **MIQUISHA STRAUGHTER**

14 David E. Martin *(Appearing Pro Hac Vice)*
*david.e.martin@macys.com*
15 **MACY'S, INC. LAW DEPARTMENT**
16 11477 Olde Cabin Road, Suite 400
St. Louis, Missouri 63141
17 Telephone: (314) 342-6719
18 Facsimile: (314) 342-6438

19 **Attorneys for Defendant**
20 **MACY'S WEST STORES, INC.**

21
22
23
24
25
26
27
28

Case No. 5:17-cv-01143 NC
**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Graham**Hollis** APC
3555 Fifth Avenue Suite 200
San Diego, California 92103

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-titled action submit this JOINT STIPULATION OF DISMISSAL OF THIS ACTION WITHOUT PREJUDICE, as agreed in the Joint Statement Re: Case Status dated June 1, 2018 (Dkt. No. 54).

WHEREAS, on March 6, 2017, Plaintiff filed her Complaint for Declaratory Relief and Petition to Compel Class Arbitration as a class action pursuant to Rule 23(a) and 23(b)(1)-(2) of the Federal Rules of Civil Procedure on behalf of all similarly-situated current and former non-exempt employees of Defendant who worked within the State of California at any point from March 6, 2013 to the present, and who entered into arbitration agreements that contain class action waivers that preclude them from filing joint, class, or collective claims addressing their wages, hours, or other working conditions against Defendant in any forum, arbitral or judicial

WHEREAS, on May 21, 2018, the United States Supreme Court decided in *Epic Systems Corp. v. Lewis*, 584 U.S. ___, 2018 U.S. LEXIS 3086 (May 21, 2018) that arbitration agreements providing for individual arbitration proceedings are enforceable.

THEREFORE, the parties, by and through their counsel of record, hereby stipulate that this action be dismissed WITHOUT PREJUDICE, with each party to bear their own attorneys' fees and costs incurred in this action, notwithstanding the provision of Federal Rule of Civil Procedure 54(d).

Respectfully submitted,

Dated: June 11, 2018                     GRAHAM**HOLLIS** APC


                                          By: /s/ Vilmarie Cordero
                                              Graham S.P. Hollis
                                              Vilmarie Cordero
                                              Attorneys for Plaintiff

| | |
|---|---|
| Dated: June 11, 2018 | **THE MARKHAM LAW FIRM** |

By: /s/ Maggie Realin
David R. Markham
Maggie Realin
Attorneys for Plaintiff

| | |
|---|---|
| Dated: June 11, 2018 | **MACY'S, INC. LAW DEPARTMENT** |

By: /s/ David E. Martin
David E. Martin
Attorneys for Defendant

Pursuant to Local Rule 5-1(i)(3), I, Vilmarie Cordero, attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

/s/ Vilmarie Cordero

# ORDER

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

Having read and considered the foregoing stipulation, the Court hereby orders that Plaintiff's Complaint be dismissed WITHOUT PREJUDICE. Each party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the provision of Federal Rule of Civil Procedure 54(d).

Dated: June 11, 2018

_____
Hon. Nathanael␣Cousins



Case No. 5:17-cv-01143 NC

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**